| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Farmers' Peanut Company of SOWEGA, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
58-1304573

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 185 Hudson Street, NW  Whigham, GA 39897-0094 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Grady | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Farmers' Peanut Company of SOWEGA, Inc.** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Farmers' Peanut Company of SOWEGA, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor  **Farmers' Peanut Company of SOWEGA, Inc.**                                      Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Farmers' Peanut Company of SOWEGA, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  8, 2024**
                 MM / DD / YYYY

**X  /s/ Joseph D. Vaughn, III**                               **Joseph D. Vaughn, III**
Signature of authorized representative of debtor                Printed name

Title     **Managing Member**

**18. Signature of attorney**

**X  /s/ Wesley J. Boyer**                          Date **April  8, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Wesley J. Boyer**
Printed name

**Boyer Terry LLC**
Firm name

**348 Cotton Avenue, Suite 200**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **(478) 742-6481**          Email address  **Wes@BoyerTerry.com**

**073126 GA**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Farmers' Peanut Company of SOWEGA, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Birdsong** 709 E. Pine Street Colquitt, GA 39837 | | | | $64,079.33 | $0.00 | $64,079.33 |
| **Brock Farms** 1104 Old Thomasville Road Bainbridge, GA 39817 | | peanut settlements lawsuit | | $91,226.62 | $0.00 | $91,226.62 |
| **Dixon Harrison** 959 Old 179 S Whigham, GA 39897 | | prepay | | $5,062.50 | $0.00 | $5,062.50 |
| **Ford Credit** PO Box 650575 Dallas, TX 75265 | | Danny's truck | | $93,919.65 | $0.00 | $93,919.65 |
| **Harrison & Harrison** 256 Sapp Creek Road Cairo, GA 39827 | | prepay | | $45,828.46 | $0.00 | $45,828.46 |
| **Lafe Perkins** 520 Cleon Walkdrop Road Whigham, GA 39897 | | prepay | | $26,364.72 | $0.00 | $26,364.72 |
| **Luther Griffin Trucking** 106 Denmark Lane Bainbridge, GA 39817 | | | | $22,000.00 | $0.00 | $22,000.00 |
| **Mayo Fertilizer** PO Box 357 Mayo, FL 32066 | | | | $150,582.80 | $0.00 | $150,582.80 |
| **Merritt Mechanical** 1270 GA 93 Cairo, GA 39827 | | | | $136,902.52 | $0.00 | $136,902.52 |
| **North Florida Transport** | | | | $4,224.60 | $0.00 | $4,224.60 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Farmers' Peanut Company of SOWEGA, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Rodney Harrison** **959 Old 179 S** **Whigham, GA 39897** | | prepay | | $213,508.90 | $0.00 | $213,508.90 |

## United States Bankruptcy Court
### Middle District of Georgia

In re **Farmers' Peanut Company of SOWEGA, Inc.**  Case No.
Debtor(s)  Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 8, 2024**  **/s/ Joseph D. Vaughn, III**
**Joseph D. Vaughn, III**/**Managing Member**
Signer/Title

Birdsong
709 E. Pine Street
Colquitt, GA 39837

Brock Farms
1104 Old Thomasville Road
Bainbridge, GA 39817

Brock Farms
c/o Eric L. Gay, Esq.
205 West Water Street
Bainbridge, GA 39817

Capital City
420 N. Broad Street
Cairo, GA 39828

Dixon Harrison
959 Old 179 S
Whigham, GA 39897

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Harrison & Harrison
256 Sapp Creek Road
Cairo, GA 39827

John Deere
PO Box 650215
Dallas, TX 75265

John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450

Lafe Perkins
520 Cleon Walkdrop Road
Whigham, GA 39897

Luther Griffin Trucking
106 Denmark Lane
Bainbridge, GA 39817

Mayo Fertilizer
PO Box 357
Mayo, FL 32066

Merritt Mechanical
1270 GA 93
Cairo, GA 39827

North Florida Transport

Rodney Harrison
959 Old 179 S
Whigham, GA 39897

United National Bank
722 N. Broad Street
Cairo, GA 39828

United National Bank
c/o Charles Ferenchick, Esq.
PO Box 569
Cairo, GA 39828

United National Bank
c/o Charles A. Ferenchick, Esq.
PO Box 569
Cairo, GA 39828

Wells Fargo
PO Box 77096
Minneapolis, MN 55480

# United States Bankruptcy Court
## Middle District of Georgia

In re **Farmers' Peanut Company of SOWEGA, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Farmers' Peanut Company of SOWEGA, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 8, 2024**
Date

/s/ **Wesley J. Boyer**
**Wesley J. Boyer**
Signature of Attorney or Litigant
Counsel for **Farmers' Peanut Company of SOWEGA, Inc.**
**Boyer Terry LLC**
**348 Cotton Avenue, Suite 200**
**Macon, GA 31201**
**(478) 742-6481 Fax:(770) 200-9230**
**Wes@BoyerTerry.com**